**Joseph F. Larkin, appellee, v. Benjamin F. Bush, appellant. Gen. No. 28,763.**

Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 11, 1924.

Benjamin Levering and Elmer H. Heitmann, for appellant. Stebbins, Garey, L'Amoreaux & Hurtubise, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Boston J. Prince, appellee, v. Katherine J. Prince, appellant. Gen. No. 28,776.**

Husband's bill for divorce for adultery. Cross-bill for annulment for bigamy. Cross-bill dismissed and divorce granted. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.

William J. Latham, for appellant. Albert B. George, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Edward Gehring, appellee, v. Charles Hallman, appellant. Gen. No. 28,781.**

Action for damages to automobile by collision with defendant's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.

Bamberger & Neumer, for appellant. Moloney & Postelnek, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Frank Olsewski, a minor, by his next friend Frank Olsewski, defendant in error, v. Nick Kwasniewski and William Davidaitis, defendants. William Davidaitis, plaintiff in error. Gen. No. 28,712.**

Case action by minor for injuries sustained from collision with automobile. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 11, 1924.

Jacob Levy, for plaintiff in error. Finn & Miller, for defendant in error; Robert S. Cook, of counsel.

Mr. Justice Barnes delivered the opinion of the court.